UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION



**FILED**
**Sep 17, 2018**
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN RE: NATIONAL PRESCRIPTION OPIATE
LITIGATION

MDL No. 2804

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO −54)

On December 5, 2017, the Panel transferred 62 civil action(s) to the United States District Court for the Northern District of Ohio for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 290 F.Supp.3d 1375 (J.P.M.L. 2017). Since that time, 978 additional action(s) have been transferred to the Northern District of Ohio. With the consent of that court, all such actions have been assigned to the Honorable Dan A. Polster.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Ohio and assigned to Judge Polster.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Northern District of Ohio for the reasons stated in the order of December 5, 2017, and, with the consent of that court, assigned to the Honorable Dan A. Polster.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Ohio. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Sep 17, 2018

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

I hereby certify that this instrument is a true and correct copy of the original on file in my office. Attest: Sandy Opacich, Clerk
U.S. District Court, Northern District of Ohio
By: /s/Robert Pitts
Deputy Clerk

IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION  MDL No. 2804

## SCHEDULE CTO−54 − TAG−ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| **CALIFORNIA EASTERN** | | | |
| CAE | 2 | 18−02299 | County of Amador et al v. Amerisourcebergen Drug Corporation et al |
| **GEORGIA MIDDLE** | | | |
| GAM | 7 | 18−00135 | LANIER COUNTY GEORGIA v. PURDUE PHARMA LP et al |
| **MASSACHUSETTS** | | | |
| MA | 1 | 18−11855 | Town of Falmouth v. Amerisourcebergen Drug Corporation et al |
| **MISSISSIPPI SOUTHERN** | | | |
| MSS | 3 | 18−00584 | Mercy House Teen Challenge v. Purdue Pharma L.P. et al |
| **NORTH CAROLINA WESTERN** | | | |
| NCW | 1 | 18−00237 | Madison County v. AmerisourceBergen Drug Corporation et al |
| NCW | 1 | 18−00238 | Yancey County v. AmerisourceBergen Drug Corporation et al |
| **OHIO SOUTHERN** | | | |
| OHS | 3 | 18−00293 | Montgomery County Board of County Commissioners et al v. Purdue Pharma L.P. et al |
| ~~OHS~~ | ~~3~~ | ~~18−00295~~ | ~~Montgomery County Board of County Commissioners et al v. Cardinal Health, Inc. et al~~ Opposed 9/14/18 |
| **OKLAHOMA WESTERN** | | | |
| ~~OKW~~ | ~~5~~ | ~~18−00820~~ | ~~The Board of County Commissioners of Garvin County, Oklahoma State of v. Purdue Pharma LP et al~~ Opposed 9/14/18 |

PENNSYLVANIA EASTERN

| | | | |
|---|---|---|---|
| ~~PAE~~ | ~~2~~ | ~~18−03637~~ | ~~DOE v. PURDUE PHARMA L.P. et al~~ Opposed 9/13/18 |

SOUTH CAROLINA

| | | | |
|---|---|---|---|
| ~~SC~~ | ~~3~~ | ~~18−02357~~ | ~~Lexington, County of v. Rite Aid of South Carolina Inc et al~~ Opposed 9/13/18 |

TEXAS NORTHERN

| | | | |
|---|---|---|---|
| TXN | 3 | 18−02270 | Kaufman County v. Purdue Pharma L.P. et al |

VIRGINIA WESTERN

| | | | |
|---|---|---|---|
| VAW | 1 | 18−00028 | Smyth County, Virginia v. Amerisourcebergen Drug Corporation et al |
| VAW | 1 | 18−00032 | Russell County, Virginia v. AmerisourceBergen Drug Corporation et al |
| VAW | 2 | 18−00020 | Scott County Board of Supervisors v. Amerisourcebergen Drug Corporation et al |
| VAW | 7 | 18−00307 | Bland County, Virginia v. Amerisourcebergen Drug Corporation et al |
| VAW | 7 | 18−00308 | Carroll County, Virginia v. Amerisourcebergen Drug Corporation et al |
| VAW | 7 | 18−00309 | Grayson County, Virginia v. Amerisourcebergen Drug Corporation et al |
| VAW | 7 | 18−00343 | Pulaski County Virginia v. Amerisourcebergen Drug Corporation et al |
| VAW | 7 | 18−00347 | Wythe County, Virginia v. Amerisourcebergen Drug Corporation et al |